**Walter J. Rylko, Plaintiff-Appellant, v. Max Katz, et al., Defendants-Appellees.**

Gen. No. 50,978.

First District, Second Division.

May 23, 1967.

John Powers Crowley and Anna R. Lavin, of Chicago, for appellant; Jerome M. Brooks and Gilbert Gordon, of Chicago (Gilbert Gordon, of counsel), for appellee, Max Katz; Hubbard, Hubbard, O'Brien & Hall, of Chicago (Alvin G. Hubbard, Reese Hubbard and Frederick W. Temple, of counsel), for appellee, Raymond Golz. Opinion by JUSTICE BURKE. Not to be published in full.